IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NIKOLA SOBOT
2500 Wisconsin Avenue
Washington, D.C. 20007

    Plaintiff,

v.

CLEAN THE WORLD FOUNDATION INC.
2544 E Landstreet Road, Suite 600
Orlando, FL 32824

    Defendant.
_____/

CASE NO.: _____

[formerly Superior Court for the District of Columbia – Case No. 2022-CA-001944-B]

## NOTICE OF REMOVAL

Defendant, Clean the World Foundation Inc. ("CTW"), hereby removes to the United States District Court for the District of Columbia, from the Superior Court for the District of Columbia, Civil Division, the case styled *Nikola Sobot v. Clean the World Foundation, Inc.*, Case No. 2022-CA-001944-B, and as grounds for its removal states as follows:

## STATEMENT OF THE CASE

1. On May 3, 2022, Plaintiff Nikola Sobot ("Sobot") filed a complaint (the "Complaint") in the Superior Court for the District of Columbia, Civil Division, styled *Nikola Sobot v. Clean the World Foundation, Inc.*, Case No. 2022-CA-001944-B (the "State Action"). A true and correct copy of all pleadings, documents, and process from the State Action available to CTW are attached as **Composite Exhibit A**.

2. CTW was served with a copy of the Complaint on June 8, 2022. A true and correct copy of the summons served on CTW is attached as **Exhibit B**.

3. CTW has not taken any action in the State Action.

1

## FEDERAL DIVERSITY JURISDICTION

4. 28 U.S.C. § 1332 provides, in part, as follows: "The district court shall have original jurisdiction of all civil action where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between . . . [c]itizens of different States . . . ."

5. Here, CTW is a Florida Not for Profit Corporation with its principal place of business located at 2544 East Landstreet Road, Suite 600, Orlando, Florida 32824. Therefore, CTW is a citizen of the state of Florida. 28 U.S.C. § 1332(c)(1).

6. Sobot is an individual and is a citizen of the District of Columbia. Sobot is not a citizen of Florida.

7. In the Complaint, Sobot seeks $32,000.00 in alleged lost wages and seeks treble damages. Sobot also seeks compensatory and punitive damages in amounts to be determined at trial, as well as attorneys' fees. Therefore, the amount-in-controversy exceeds $75,000.00. *See* 28 U.S.C. § 1446(c)(2).

8. For the foregoing reasons, this Court has federal diversity jurisdiction over the State Action pursuant to 28 U.S.C. § 1332.

## PROCEDURAL REQUIREMENTS

9. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all pleadings, documents, and process from the State Action available to CTW have been attached to this Notice of Removal as **Composite Exhibit A**. A true and correct copy of the summons served on CTW has also been attached as **Exhibit B**.

10. Removal is timely in accordance with 28 U.S.C. § 1446(b). Specifically, this removal has been filed within thirty (30) days of service of the Complaint upon CTW.

11. CTW is not a citizen of the District of Columbia. *See* 28 U.S.C. § 1441(b).

12. CTW's deadline to file its responsive pleading has not yet elapsed. *See* Fed. R. Civ. P. 81(c)(2)(C) (providing that a defendant has 7 days after the notice of removal is filed to respond).

13. CTW is the sole defendant in this case and, therefore, removal does not require the consent of any other defendant. *See* 28 U.S.C. § 1446(b).

14. For purposes of removal, venue is proper in this Court pursuant to 28 U.S.C. § 1441(a) and 1446(a) because the United States District Court for the District of Columbia is the federal judicial district embracing the place where the State Action is pending.

15. Pursuant to 28 U.S.C. § 1446(d), CTW will promptly file a copy of this Notice of Removal in the State Court Action and provide written notice of the removal to Plaintiff.

16. By filing this Notice of Removal, CTW does not waive any objections it may have as to service, jurisdiction, or venue, or any other defenses or objections it may have to this action, including but not limited to a lack of personal jurisdiction. CTW intends no admission of fact, law, jurisdiction, or liability by this Notice of Removal and expressly reserves all defenses, motions, and/or pleas, including but not limited to a lack of personal jurisdiction.

17. If any questions arise as to the propriety of the removal of this action, CTW requests the opportunity to submit a brief in support of its position that this case has been properly removed and, to the extent CTW deems appropriate, request oral argument on same.

**REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK.**

## CONCLUSION

For the foregoing reasons, removal is proper and this Court has jurisdiction over Sobot's claims pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

Respectfully Submitted this 28th day of June 2022.

_____
**Adam C. Losey, Esq.**
D.C. Bar ID. 996409
Primary: alosey@losey.law
Secondary: docketing@losey.law
**LOSEY PLLC**
1420 Edgewater Dr.
Orlando, FL 32804
(407) 906-1605
*Attorneys for Defendant, Clean the World Foundation Inc.*

**REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 28, 2022, the foregoing Notice of Removal, and all exhibits thereto, were filed via this Court's electronic filing system and that copies of same have been furnished via email to Plaintiff's counsel at:

**David A. Branch, Esq.**
Bar Number: 438764
**The Law Office of David A. Branch & Associates, PLLC**
1828 L Street, NW, Suite 820
Washington, D.C. 20036
davidbranch@dbranchlaw.com
*Attorney for Plaintiff, Nikola Sobot*

_____
**Adam C. Losey, Esq.**
D.C. Bar ID. 996409
Primary: alosey@losey.law
Secondary: docketing@losey.law
**LOSEY PLLC**
1420 Edgewater Dr.
Orlando, FL 32804
(407) 906-1605
*Attorneys for Defendant, Clean the World Foundation Inc.*